# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                              Case No. 08-19783
    WOODIE THOMAS, III                             Chapter 13

_____ Debtor     /

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(C), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, or 1019. I hereby certify that:

[ ]     The paper filed **adds** a total of _ creditor(s) to the case. **I have:**
         [ ]1. remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
         [ ]2. provided the court with a supplemental matrix **listing only the added creditors** in the required format.;
         [ ]3. provided notice to affected parties, including service of a copy of this notice and a copy of the § 341 or post conversion meeting notice [Local Rule 1009-1(C)].; and
         [ ]4. filed an amended schedule(s) and summary of schedules.

[ ]     The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**
         [ ]1. remitted the required fee.;
         [ ]2. provided notice to affected parties. and
         [ ]3. filed an amended schedule(s) and summary of schedules.

[ ]     The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have**:
         [ ] 1. provided notice to affected parties, including service of a copy of this notice and a copy of the § 341 or post conversion meeting notice [Local Rule 1009-1(C)]. and
         [ ]2. filed an amended schedule(s) or other paper.

[ ]     The paper filed **corrects** schedule D, E or F amount(s) or classification(s). **I have:**
         [ ]1. remitted the required fee.;
         [ ]2. provided notice to affected parties. and
         [ ]3. filed an amended schedule(s) and summary of schedules.

[X]     None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☐ does ☐ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if required to be filed by the Bankruptcy Rules, the official form "Declaration Concerning Debtor's Schedules" has been signed by each debtor as required by Local Rules 1007-2(B), 1009-1(C), or 1019-1(B).

Dated: SEPTEMBER 18, 2008

    /s/
_____
Alan J Fisher, PA
7251 W. Palmetto Park Rd.
Suite 202
Boca Raton, FL 33433

LF-4 (rev. 11/01/03)