**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ __3rd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Woodie H Thomas, III**   JOINT DEBTOR: _____   CASE NO.: **08-19783**

Last Four Digits of SS# **xxx-xx-4951**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ **502.34** for months **1** to **59** ;
- B. $ **4781.34** for month **60** to ___ ;
- C. $ ___ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,000.00 plus costs of $150**   TOTAL PAID $ **1,500.00**

Balance Due   $ **1650**   payable $ **60** /month (Months **1** to **27** )
              payable $ **30** /month (Month **28**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**Vision One Homeowner's Association**
Arrearage on Petition Date $ **9,790.00**
Arrears Payment $ **100** /month (Months **1** to **59**)
Arrears Payment $ **3,890** /month (Months 60)
Address: _____
Account No: _____
Regular Payment $ **296.67** /month (Months **1** to **60** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

**1.** _____   Total Due $ **0.00**
          Payable $ **0.00** /month   (Months **0** to **0**)   Regular Payment $ **N/A**

Unsecured Creditors: Pay $ **30.00** /month (Month **28** ) & $60.00 /month (Months 29 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The Debtor is current in his obligations to Regions Bank (1st Mortgage), Wachovia Bank (HELOC) and Nissan-Infiniti LT (auto) and will continue to pay these creditors directly.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Alan J. Fisher, P.A.
Attorneys for Debtor
6801 Lake Worth Road, Suite 205
Lake Worth, Florida 33467
561.439.0004

By: /s/_____
    Alan J. Fisher
    Florida Bar No. 043291

(I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A))