UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                    Case No.: 08-19783-BKC-PGH

WOODIE H. THOMAS, III,                      Chapter 13

    Debtor.
_____/

### DEBTOR'S MOTION FOR RELIEF FROM STAY

The Debtor, Woodie H. Thomas, III, hereby moves this Honorable Court for an Order for relief of the automatic stay imposed by the filing of the instant bankruptcy case concerning two state court causes of action brought by the Debtor against Vision I Homeowners Association, Inc. ("VHA"), and states:

1. VHA has asserted a claim in this case based upon a Final Judgment in Palm Beach Circuit Court Case No. 502002 CA 002470 XX RFAH dated June 12, 2008.  The Debtor has appealed this Final Judgment in the District Court of Appeal, Fourth District, in DCA Case No. 4D08-502002 CA 02-2470-AH.

2. The Debtor has objected to VHA's Proof of Claim.  There are two main bases of the Debtor's objection.  The first is that the Final Judgment referred to above consists of thousands of dollars of special assessments and capital improvements never approved by the homeowners under VHA's governing documents and Florida Statute 720.301, et seq.

3. The second is a related case pending by the Debtor, in Palm Beach Circuit Court Case No. 562007CA001828XXX MB AG against VHA's former boards of directors and VHA's former attorney alleging civil conspiracy, aiding and abetting a breach of fiduciary duty, fraudulent misrepresentation, negligence,

1

    breach of a third party beneficiary contract, declaratory judgment, accounting, and the destruction of evidence in violation of VHA's governing documents and Florida Statute 720.301, et seq.

4. The Debtor has been advised by counsel that the automatic stay should not apply to the causes of action referred to in paragraphs 1 and 3, above. Nevertheless, the Debtor is seeking Relief from the Automatic Stay to obtain comfort orders for the Circuit Court and the Fourth District Court of Appeal wh o have stayed the actions.

5. The outcome of these two state court cases clearly impact the composition of the Debtors Chapter 13 Plan and its confirmability.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order lifting the automatic stay imposed by this bankruptcy case and allow the parties to proceed with their litigation of the two state court matters.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was mailed or sent via electronic mail this ___1st____ day of December, 2008, to Robin Weiner, Trustee, P.O. Box 559007, Fort Lauderdale, FL 33355; Office of the U.S. Trustee, 51 SW 1st Ave., Miami, FL 33130; David A. Core, Esq., 1601 Forum Place, Suite 701, West Palm Beach, FL 33401.

        Alan J. Fisher, PA
        Attorney for Debtor
        7200 W. Camino Real
        Suite 102
        Boca Raton, Florida 33433
        Telephone 561.439.0004
        Facsimile  561.439.5505


        /s/_____
        By:  Alan Fisher
        Florida Bar No. 43291