UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-19783
Chapter 13

IN RE:

WOODIE H. THOMAS III,

    Debtor.
_____/

## MOTION TO WITHDRAW AS COUNSEL

Alan J. Fisher and Alan J. Fisher, P.A., counsel for Debtor WOODIE H. THOMAS, III, hereby files this Motion to Withdraw as Counsel for Debtor, and as grounds for the granting of the Motion states:

1. Irreconcilable differences that exist between, Alan J. Fisher, Alan J. Fisher, P.A. and the Debtor.

2. The irreconcilable differences are attorney-client privileged information which Alan J. Fisher and Alan J. Fisher, P.A. may not identify in the body of this motion.

3. Should the Court wish to be apprised of the privileged information, Alan J. Fisher and Alan J. Fisher, P.A. request that such disclosures be made in chambers.

WHEREFORE, Alan J. Fisher and Alan J. Fisher, P.A., respectfully request this Court enter an Order granting the Motion to Withdraw as Counsel and allow Debtor to either retain new counsel or continue *pro se* in this matter and for such other and further relief as the Court deems proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Withdraw as Counsel was mailed or sent via electronic mail this 19th day of March, 2009, to the parties listed below.

Debtor
Robin R. Weiner, Trustee
P.O. Box 559007
Fort Lauderdale, FL 33355-9007

A.U.S.T.
51 SW First Ave., Room 1204
Miami, FL 33130

        Alan J. Fisher, PA
        Attorney for Debtor.
        7251 W. Palmetto Park Road
        Suite 202
        Boca Raton, Florida 33433
        Telephone 561.439.0004
        Facsimile  561.439.5505

        By: _____
            Alan J. Fisher
            Florida Bar No. 043291

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

- 2 -